UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

IN RE:

MIRENA IUD PRODUCT LIABILITY
LITIGATION

*This Document Relates To All Actions*

-------------------------------------------------------------

CASE NO. 13-MD-2434 (CS)

JUDGE CATHY SEIBEL

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Dawn M. Chmielewski, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel on behalf of the following: *Stephanie Barnett, et al., v. Bayer Healthcare Pharmaceuticals, Inc.,* U.S.D.C. Northern District of Ohio, Case No. 1:12-cv-2780; *Desaree Johnson v. Bayer Healthcare Pharmaceuticals, Inc.,* U.S.D.C. Southern District of Ohio, Case No. 1:12-cv-00852; *Kara Sweet, et al., v. Bayer Healthcare Pharmaceuticals, Inc.,* U.S.D.C. Western District of Kentucky, Case No. 3:12-cv-00839; *Susan Harp v. Bayer Healthcare Pharmaceuticals, Inc.,* U.S.D.C. Eastern District of Arkansas, Case No. 4:13-cv-00004; and *Melody Williams et al, v. Bayer Healthcare Pharmaceuticals Inc.,* U.S.D.C. Southern District of California, Case No. 3:12 cv 02669 in the above-captioned action.

I am in good standing of the bar of the State of Ohio and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:       April 18, 2013                             Respectfully Submitted,

                                                        */s/ Dawn M. Chmielewski*
                                                        Dawn M. Chmielewski (OH#0077723)
                                                        dxchmi@climacolaw.com
                                                        **CLIMACO, WILCOX, PECA,**
                                                        **TARANTINO & GAROFOLI CO., LPA**
                                                        55 Public Square, Suite 1950
                                                        Cleveland, Ohio 44113
                                                        Telephone: 216.621.8484
                                                        Facsimile: 216.771.1632

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2013, a true copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM / ECF system.

                                                        */s/ Dawn M. Chmielewski*
                                                        Dawn M. Chmielewski (OH#0077723)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 13-MD-2434 (CS)

----------------------------------------------------------

JUDGE CATHY SEIBEL

IN RE:

MIRENA IUD PRODUCT LIABILITY　　　　ORDER GRANTING MOTION
LITIGATION　　　　　　　　　　　　　　FOR ADMISSION PRO HAC VICE

*This Document Relates To All Actions*
----------------------------------------------------------

The motion of Dawn M. Chmielewski, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Ohio; and that her contact information is as follows:

Name:　　　　　Dawn M. Chmielewski (OH#0077723)
Firm Name:　　　**CLIMACO, WILCOX, PECA,**
　　　　　　　　**TARANTINO & GAROFOLI CO., LPA**
Address:　　　　55 Public Square, Suite 1950
　　　　　　　　Cleveland, Ohio 44113
Telephone:　　　216.621.8484
Facsimile:　　　　216.771.1632

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for *Stephanie Barnett, et al., v. Bayer Healthcare Pharmaceuticals, Inc.,* U.S.D.C. Northern District of Ohio, Case No. 1:12-cv-2780; *Desaree Johnson v. Bayer Healthcare Pharmaceuticals, Inc.,* U.S.D.C. Southern District of Ohio, Case No. 1:12-cv-00852; *Kara Sweet, et al., v. Bayer Healthcare Pharmaceuticals, Inc.,* U.S.D.C. Western District of Kentucky, Case No. 3:12-cv-00839; *Susan Harp v. Bayer Healthcare Pharmaceuticals, Inc.,* U.S.D.C.

Eastern District of Arkansas, Case No. 4:13-cv-00004; and *Melody Williams et al, v. Bayer Healthcare Pharmaceuticals Inc.,* U.S.D.C. Southern District of California, Case No. 3:12 cv 02669 in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
                                                                       United States District / Magistrate Judge