UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

MIRENA IUD PRODUCTS LIABILITY LITIGATION          13-MD-2434 (CS)

*This Document Relates To All Actions*
------------------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern District of New York, I Shayna S. Cook, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Bayer Healthcare Pharmaceuticals, Inc. in the above-captioned action.

I am in good standing of the bars of the states of Illinois and Texas and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 3, 2013

>                                  Respectfully submitted,
>
>                                  /s/ Shayna S. Cook
>                                  Shayna S. Cook
>                                  GOLDMAN ISMAIL TOMASELLI
>                                  BRENNAN & BAUM LLP
>                                  564 West Randolph Street – Suite 400
>                                  Chicago, IL 60661
>                                  Tel: (312) 681-6000
>                                  Fax: (312) 881-5191
>                                  E-mail: scook@goldmanismail.com