

**MotleyRice®**
ATTORNEYS AT LAW LLC
www.motleyrice.com

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000  f. 843.216.9450

**Fred Thompson, III**
*Licensed in SC*
direct: 843.216.9118
fthompson@motleyrice.com

May 10, 2013

<u>Via Facsimile 914-390-4278</u>
Honorable Cathy Seibel
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr. Federal
    Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   In re Mirena IUD Product Liability Litigation
      No. 13-MD-2434 (CS)

Dear Judge Seibel:

Please find attached Plaintiff's Position Statement and a spreadsheet listing all Related Cases pursuant to Order No. 1. By copy of this letter, we are copying counsel for Defendant with same.

Please do not hesitate to contact us should you have any questions. With kindest regards, I am

Very truly yours,

Proposed Co-Lead Counsel

MOTLEY RICE LLC

*Fred Thompson, III* (signature)

Fred Thompson, III

ANAPOL SCHWARTZ

/s/ James R. Ronca

James R. Ronca

PARKER WAICHMAN LLP

/s/ Matthew McCauley

Matthew McCauley

SEEGER WEISS LLP

/s/ Diogenes P. Kekatos

Diogenes P. Kekatos

Enclosures

cc:   James Shepherd, Esq. (via e-mail)
      Marie S. Woodbury, Esq. (via e-mail)
      Shayna Cook, Esq. (via e-mail)
      All Plaintiff Counsel (via e-mail)

---

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK, NY
MORGANTOWN, WV | WASHINGTON, DC | LOS ANGELES, CA | NEW ORLEANS, LA
*Motley Rice LLP operates the California office.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE:
MIRENA IUD PRODUCTS LIABILITY LITIGATION
MDL 2434

**PLAINTIFFS' POSITION STATEMENT**

*This Document Relates to All Actions*
_____X

    Mirena is an intrauterine contraceptive system ("IUS") currently manufactured and sold by Bayer Healthcare Pharmaceuticals, Inc., ("Bayer").[1] Mirena is designed to achieve contraception by interacting with the uterine environment and emitting a progestin into the uterus for a period of five years, after which Bayer does not guarantee its efficacy. Bayer promotes the product as being safe and effective, as well as easily removable by a physician at any time users choose, purportedly allowing a quick return to fertility. Mirena was approved as a drug, not a device, under section 505(b) of the Food, Drug and Cosmetic Act because of the Levonorgestrel ("LNG"), a synthetic progestogen, it emits from the IUS reservoir. As such, Mirena did not undergo premarket approval or 510k approval.

    Mirena is placed in the uterus by a physician, or other healthcare provider such as a nurse midwife or nurse practitioner, with the use of an insertion tool provided by the manufacturer. Once Mirena is placed, the inserter is discarded. Two threads attached to the stem of Mirena serve the purpose of helping determine whether Mirena is situated properly within the uterus and assist in vaginal removal of the IUS. Mirena's package information states that Mirena may be removed at any time by "applying gentle traction on the threads with forceps."

    Mirena is intended to provide an initial release rate of 20 µg/day of LNG. Over the course of the five years in which Mirena is intended to remain placed, the LNG gradually

---

[1] The instant Position Statement was prepared by the Proposed Lead Counsel but circulated to all interested Plaintiffs' counsel for review and comment.

1

decreases to an amount of approximately half of the original daily release amount. According to the manufacturer, it is unclear how pregnancy is prevented by Mirena, but the prescribing information suggests several mechanisms: "thickening of cervical mucus preventing passage of sperm into the uterus, inhibition of sperm capacitation or survival, and alteration of the endometrium." The packaging information states that "Mirena is recommended for women who have had at least one child" without further explanation.



Figure 1: Mirena consists of a T-shaped polyethylene frame measuring 32 mm by 32mm with a steroid reservoir around a vertical stem. A monofilament string attaches to the vertical stem. The reservoir contains 52 mg of levonorgestrel.

Plaintiffs in this litigation claim that the Defendant failed to warn them of the potential for serious injury associated with normal use of Mirena—specifically, spontaneous migration after proper insertion and subsequent embedment in or perforation of the uterus, or other injuries related to the migration. Each Plaintiff claims to have experienced a successful Mirena insertion without any indication of physician error or complication that could lead to uterine perforation or other injury related to insertion. Plaintiffs also claim objective evidence of appropriate placement of Mirena within the uterine cavity, either by Mirena string check, ultrasound, x-ray, or physician confirmation. Finally, each Plaintiff claims an injury related to the subsequent finding that Mirena embedded into, migrated, and/or perforated the uterine lining, requiring surgical removal. In many other actions, Mirena has migrated towards vital organs and exploratory surgery revealed that removal could further seriously endanger the plaintiff's health. In those cases, future diagnostic surveillance is required. Plaintiffs claim that the design of

Mirena contributes to the IUS's ability to spontaneously embed into, migrate and/or perforate the uterus.

The Mirena label has undergone a number of changes since its introduction in 2001 but as will be established by the plaintiffs, the changes fail to fully advise users of known risks associated with the product. The initial, or "launch," label contained a very limited warning in the "Perforations" section that read:

> An IUD may perforate the uterus or cervix, **most-often during insertion** although the perforation may not be detected until some time later.

(Emphasis added.) In April 2008, Bayer changed the "Perforations" section of the label to read as follows:

> An IUD may perforate the uterus or cervix, **most often during insertion** although the perforation may not be detected until some time later. . . . Delayed detection of perforation may result in migration outside the uterine cavity, . . .

(Emphasis added.) In July 2008, the Mirena label "Perforations" section changed again, this time with Bayer removing "most often" from the language:

> Perforation or penetration of the uterine wall or cervix may occur **during insertion** although the perforation may not be detected until some time later. . . . Delayed detection of perforation may result in migration outside the uterine cavity, . . .

(Emphasis added.) The "Highlights of Prescribing Information," located on the first page of the Mirena package label, was revised in October 2009, and added language to the Warnings and Precautions Section: "Perforation may occur during insertion. Risk is increased in women with fixed retroverted uteri, during lactation, and postpartum." The Precautions Section in the label itself remains unchanged from July 2008.

At no time since the introduction of Mirena to the market has the label, prescribing information, or patient information included any indication that spontaneous perforation may occur with use of the product.

Bayer did, however, increase its marketing effort to "busy moms" and others that failed to provide adequate warnings about the known risks of spontaneous migration of Mirena. On March 26, 2009, Bayer was cited by the Food and Drug Administration (FDA) because of Bayer's material misrepresentations and omissions regarding the efficacy of Mirena without providing "**any**" risk information. Less than nine months later, in December 2009, the FDA again issued a Warning Letter to Bayer for its "Mirena Simple Style Statements Program." The Bayer promotion targeted "busy moms" and misrepresented Mirena as a contraceptive that would purportedly increase intimacy, sexual spontaneity, and increased libido. Among other issues, this questionable promotional program failed to disclose many risks associated with Mirena use. In both instances, the Division of Drug Marketing, Advertising and Communications ("DDMAC") requested that Bayer immediately cease dissemination of the misleading promotional materials. As will be established, many plaintiffs specifically requested this contraceptive product over others because of Bayer's aggressive direct-to-consumer marketing efforts.

In June of 2010, Bayer and Health Canada issued a joint safety statement stating that women in the US and Canada reported injuries related to use of Mirena. Specifically the statement said:

> Uterine perforation is a rare, but serious complication associated with intrauterine contraceptive devices, and occurs at a rate between 1/1,000 and 1/10,000 insertions. Bayer Inc. continues to receive post-market reports of uterine perforation associated with the use of MIRENA®. Some cases of uterine perforation were not detected during or immediately after the insertion. The risk of perforation may be increased with use in the post-partum period, during lactation, and in women with an atypical uterine anatomy

4

(such as fixed retroverted uterus). Uterine perforation may occur with MIRENA® at the time of insertion or after the insertion with limited clinical symptoms.

The first known Mirena case was filed in January 2011 and was transferred to the MDL from the U.S. District Court for the District of South Carolina, Florence Division. (*Kelli and Justin Baugh v. Bayer Health Care Pharmaceuticals*, No. 4:11-cv-00525). While the *Baugh* case is procedurally more advanced than other filed Mirena actions, the discovery conducted in that matter suffers from limitations of the period during which Ms. Baugh was exposed to Mirena. Minimal documents were also produced in *Osborne v. Bayer Corporation*, No. 5:11-cv-00421, and are similarly limited. With the exception of less than 125,000 documents produced by the Defendants in these two cases, consisting primarily of the New Drug Application ("NDA") and the Investigational New Drug Application ("IND"), and comprised of custodial files of only six individuals, no discovery has been undertaken in any other MDL action. This extremely limited document production in these cases is merely a starting point and not nearly what is required for the thousands of cases expected to be filed in this MDL. Since the production of the custodial files, Plaintiffs have discovered that the defense-suggested custodians are not appropriate for the entire time period covering each Plaintiff's claim. Further, these documents were produced under an expedited discovery schedule where Plaintiff's counsel had more limited resources than available in an MDL. Additionally, Plaintiffs contend the document productions are incomplete and will necessitate additional discovery and additional production of documents, likely to be voluminous.

Attached to this Position Statement is a list of all related cases pending in state or federal court, providing the status for each.

## PENDING FEDERAL MIRENA ACTIONS

| | CASE NAME | INDEX NO. | COURT | STATUS | TRANSFERRED TO MDL | DISCOVERY TAKEN | PENDING MOTIONS |
|---|---|---|---|---|---|---|---|
| 1 | JENNIFER VEZINA | 7:13-cv-02580 | S.D.N.Y. | Active | YES | None | None |
| 2 | NICOLE ALMEIDA | 7:13-cv-02577 | S.D.N.Y. | Active | YES | None | None |
| 3 | STEPHANIE BARNETT, et al. | 7:13-cv-02323 | N.D.Oh. | Active | YES | None | None |
| 4 | KYMBRA M. McLAUGHLIN & ADAM McLAUGHLIN | 7:13-cv-01748 | S.D.N.Y. | Active | YES | None | None |
| 5 | JULIE CANTOR MILLER and JONATHAN MILLER | 7:13-cv-01168 | S.D.N.Y | Active | YES | None | None |
| 6 | SHANIQUA E. MURPHY | 7:13-cv-00773 | S.D.N.Y. | Active | YES | None | None |
| 7 | JESSICA R. CARUTHERS | 6:13-cv-01144 | D. Kan. | Stayed | NO | None | None |
| 8 | SANDRA HARMON, LESTER HARMON, CAROL TURNER, CELINA MARTIN | 6:13-cv-00089 | E.D.Ky. | Active | NO | None | None |
| 9 | JAQUAYLA KELLY | 5:13-cv-00994 | N.D.Oh. | Active | YES | None | None |
| 10 | ROSY GOMEZ | 5:13-cv-00598 | C.D.Ca. | Active | NO | None | Joint Motion to Stay |
| 11 | KALAKI CLARKE | 5:13-cv-00377 | C.D.Ca. | Active | YES | None | None |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12 | SHEENA MONTANO-PADILLA | 5:13-cv-00227 | C.D.Ca. | Active | YES | None | None |
| 13 | PATRICIA VILLARREAL | 5:13-cv-00224 | W.D.Tx. | Stayed | NO | None | None |
| 14 | CARRIE RICHARDS OSBORNE & EDWARD JASON OSBORNE | 5:11-cv-00421 | M.D.Ga. | Active | YES | None | None |
| 15 | JERILYN DUDLEY | 4:13-cv-01410 | N.D.Ca. | Stayed | NO | None | None |
| 16 | REBECCA WOJTOWICZ | 4:13-cv-00696 | N.D.Oh. | Active | NO | None | None |
| 17 | JESSICA REED | 4:13-cv-00580 | E.D.Mo. | Active | NO | None | None |
| 18 | TIFFANY M. YARBOROUGH | 4:13-cv-00332 | D.S.C. | Active | YES | None | None |
| 19 | MELISSA PRICE | 4:13-cv-00061 | E.D.N.C. | Active | YES | None | None |
| 20 | KELLY L. DANIEL & LEWIS B. DANIEL | 4:13-cv-00021 | S.D.Ga. | Active | YES | None | None |
| 21 | SUSAN HARP | 4:13-cv-00004 | E.D.Ar. | Active | YES | None | None |
| 22 | SIRIA GONZALEZ | 4:12-cv-01412 | S.D.Tx. | Active | NO | None | None |
| 23 | KELLLI BAUGH & JUSTIN BAUGH | 4:11-cv-00525 | D.S.C. | Active | YES | Discovery stayed | None |
| 24 | MARIA LOPEZ | 3:13-cv-50102 | N.D.Ill. | Stayed | NO | None | None |
| 25 | MIRIAM CRUZ | 3:13-cv-00543 | N.D.Ca. | Active | YES | None | None |
| 26 | NICOLE BAKER | 3:13-cv-00490 | N.D.Ca. | Active | YES | None | None |

2

| # | Name | Case No. | District | Status | | None | None |
|---|---|---|---|---|---|---|---|
| 27 | DANIKA VANDEN BOSCH, JACKLYN HOGUE, MARIAH RICE, CHARLOTTE HENDERSON & NAZA KESEROVIC | 3:13-cv-00431 | W.D.Ky. | Active | YES | None | None |
| 28 | BRANDY N. SCOTT | 3:13-cv-00406 | W.D.Ky. | Active | NO | None | None |
| 29 | CHASSITY R. KIMBROUGH | 3:13-cv-00281 | S.D.Ill. | Stayed | NO | None | None |
| 30 | REBECCA FORET | 3:13-cv-00195 | S.D.Ill. | Active | YES | None | None |
| 31 | MELODY WILLIAMS, et al. | 3:12-cv-02669 | S.D.Ca. | Active | YES | None | None |
| 32 | KARA SWEET & BRANDON SWEET | 3:12-cv-00839 | W.D.Ky. | Active | YES | None | None |
| 33 | BONNIE DANNER | 2:13-cv-03156 | C.D.Ca. | Active | NO | None | None |
| 34 | KAREN HORNER | 2:13-cv-02592 | D.N.J. | Active | NO | None | None |
| 35 | MAYERLYS PAYARES | 2:13-cv-02591 | D.N.J. | Active | NO | None | None |
| 36 | MELISSA JONES | 2:13-cv-02528 | E.D.La. | Active | YES | None | None |
| 37 | MELISSA HARDING | 2:13-cv-02505 | E.D.Pa. | Active | NO | None | None |
| 38 | LAURIE NORDMAN | 2:13-cv-02486 | C.D.Ca. | Active | NO | None | None |
| 39 | YSABEL TORRES | 2:13-cv-02249 | D.N.J. | Active | YES | None | None |
| 40 | SHELONDIA D. WINSTON | 2:13-cv-02060 | C.D.Ill. | Stayed | NO | None | None |

| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | JENNIFER S. WILSON | 2:13-cv-01596 | D.N.J. | Active | YES | None | None |
| 42 | JENNIFER S. WILSON | 2:13-cv-01596 | D.N.J. | Active | NO | None | None |
| 43 | MINYONNA P. WATSON | 2:13-cv-01595 | D.N.J. | Active | YES | None | None |
| 44 | SHAQUALYA REYNOLDS | 2:13-cv-01532 | D.N.J. | Active | YES | None | None |
| 45 | CYNTHIA SOLANO | 2:13-cv-01530 | E.D.Pa. | Active | NO | None | None |
| 46 | CORINA WEIMANN | 2:13-cv-00677 | E.D.Pa. | Active | YES | None | None |
| 47 | SHELLY CHOW | 2:13-cv-00586 | D.N.J. | Active | YES | None | None |
| 48 | BRIANNA STEELE | 2:13-cv-00528 | E.D.La. | Active | YES | None | None |
| 49 | ANGELA BENSON, JONATHAN DOYLE, JR., SUMMER ARY and JAMES ARY | 2:13-cv-00527 | E.D.La. | Active | YES | None | None |
| 50 | BRANDY SHIPP & BENJAMIN SHIPP | 2:13-cv-00520 | E.D.Pa. | Active | YES | None | None |
| 51 | OLIVIA SMITH & NATHAN SMITH | 2:13-cv-00519 | E.D.Pa. | Active | YES | None | None |
| 52 | DANIELLE DOMINIE | 2:13-cv-00518 | E.D.Pa. | Active | YES | None | None |
| 53 | BRITTANY AGERTON | 2:13-cv-00517 | E.D.Pa. | Active | YES | None | None |
| 54 | TRICIA PRENDERGAST | 2:13-cv-00450 | E.D.Pa. | Active | YES | None | None |
| 55 | GHISELLE WATSON | 2:13-cv-00212 | E.D.La. | Active | YES | None | None |

4

| # | Name | Case No. | District | Status | | | |
|---|---|---|---|---|---|---|---|
| 56 | JAMIE LYNN WELLS & JAMES T. WELLS | 2:13-cv-00115 | D.S.C. | Active | YES | None | None |
| 57 | SUANNET VELZAQUEZ | 1:13-cv-10237 | D. Mass. | Active | YES | None | None |
| 58 | REBECCA L. MEHRER | 1:13-cv-01766 | N.D.Ill. | Stayed | NO | None | None |
| 59 | JENNIFER BRISKEY & JUSTIN BRISKEY | 1:13-cv-01523 | N.D.Ga. | Active | NO | None | None |
| 60 | AMANDA THOMPSON | 1:13-cv-01317 | D. Md. | Active | NO | None | None |
| 61 | TENISHA JENNINGS | 1:13-cv-00807 | D. Md. | Active | NO | None | None |
| 62 | ANDREA E. LUKACS | 1:13-cv-00577 | N.D.Ill. | Active | YES | None | None |
| 63 | MARGARITA S. KRNCEVIC | 1:13-cv-00531 | N.D.Oh. | Stayed | YES | None | None |
| 64 | KATI-AN COOK | 1:13-cv-00302 | S.D.Ga. | Active | YES | None | None |
| 65 | DENECIA BANKS and RANDON DUNN | 1:13-cv-00299 | N.D.Ga. | Active | YES | None | None |
| 66 | CASSIE HALTON | 1:13-cv-00174 | D.R.I. | Active | YES | None | None |
| 67 | BRANDIE PEETS & KEVIN PEETS | 1:13-cv-00156 | S.D.Oh. | Active | YES | None | None |
| 68 | KRISTIE B. DONOVAN | 1:13-cv-00147 | W.D.N.Y. | Active | YES | None | None |
| 69 | DESAREE NICOLE LEE JOHNSON | 1:12-cv-00852 | S.D.Oh. | Active | YES | None | None |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| 70 | PRISCILLA SAMMONS | 0:13-cv-01016 | D. Minn. | Active | YES | None | None |
| 71 | MARINA SCHOEBERL | 0:13-cv-01014 | D. Minn. | Active | YES | None | V |
| 72 | BROOKLYN G. JONES | 0:13-cv-01007 | D. Minn. | Active | YES | None | None |
| 73 | PEGGY GREEN | 0:13-cv-00982 | D. Minn. | Active | YES | None | None |
| 74 | HEATHER M. MEYER | 0:13-cv-00981 | D. Minn. | Active | NO | None | None |
| 75 | STACY FOWLER | 0:13-cv-00980 | D. Minn. | Active | NO | None | None |
| 76 | MAYRA CASTILLO | 0:13-cv-00390 | D. Minn. | Active | YES | None | None |
| 77 | AMBER GOSS and ROBERT GOSS | 0:13-cv-00207 | D. Minn. | Active | YES | None | None |

6

**NEW JERSEY STATE COURT ACTIONS PENDING CONSOLIDATION**

| | CASE NAME | INDEX NO. | COURT | STATUS | TRANSFERRED TO MDL | DISCOVERY TAKEN | PENDING MOTIONS |
|---|---|---|---|---|---|---|---|
| 1 | JENNIFER SCHROEDER | MRS-L-3163-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 2 | ELIZABETH TOUPS | MRS-L-3162-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 3 | ALYSON LEE LUNT ROMNEY and ADAM ROMNEY | MRS-L-3153-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 4 | ASTIN WEBSTER and DONALD HURST | MRS-L-3150-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 5 | SHANELLE AMOS and TERRANCE AMOS | MRS-L-3149-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 6 | ROBIN MELVIN | MRS-L-2997-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 7 | CARLY NICOLE VALENCIANO and AARON R. VALENCIANO | MRS-L-2929-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 8 | KAYLA HOLLAND | MRS-L-2928-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 9 | MEGAN ANN PERZIA | MRS-L-2927-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 10 | CASEY ANN HENDERSON | MRS-L-2809-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 11 | DANA M. MASCARO | MRS-L-2724-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 12 | BETSY LANDERS | MRS-L-2723-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 13 | SARAH MARIE KELLY | MRS-L-2721-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 14 | MONTANA POWELL | MRS-L-2720-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 15 | SHAZTA RAE BASSETT and WILLIAM KMIEC | MRS-L-1964-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 16 | ERIN MARIN TIERNEY and MARK TIERNEY | MRS-L-1963-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 17 | PRINCESS E. MASHALA | MRS-L-1910-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |

| # | Name | Case No. | Court | Status | | |
|---|---|---|---|---|---|---|
| 18 | JAYME L BUCHER and BRANDON BUCHER | MRS - L - 1830-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 19 | JESSICA MARIE THOMAS and ROWDY THOMAS | MRS - L - 1829-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 20 | JENNIFER RENEE SIMON and RYAN DALE SIMON | MRS - L - 1827-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 21 | SHAREE MARK CHU SCHWANTZ and CHARLES MACON THOMAS SCHWANTZ | MRS - L - 1826-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 22 | PATRICIA REID and SAMUEL B. REID | MRS - L - 1823-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 23 | ANGELA GAYLE OAKLEY and B. KEITH OAKLEY | MRS - L - 1822-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 24 | ASHLEIGH NICOLE HALL and CRAIG L. HALL | MRS - L - 1818-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 25 | SUZI GLUCK | MRS - L - 1817-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 26 | KIMBERLY D. ELLIOTT | MRS - L - 1816-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 27 | MICHELE LEE FOWLER and DAVID F. FOWLER | MRS - L - 1815-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 28 | SAMANTHA ANN BARNETT | MRS - L - 1665-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 29 | CARRIE ELIZABETH MADDEN | MRS - L - 1263-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 30 | JOY VIOLA HOLT | MRS - L - 1262-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 31 | SAMANTHA LYNN DEMASTUS | MRS - L - 1108-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 32 | KELSIE DENTON | MRS - L - 1206-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 33 | DONNA SHATTO | MRS - L - 1167-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 34 | CONSENTHIA EDMISTON | MRS - L - 1166-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |

| # | Name | Docket | Court | Status | | |
|---|---|---|---|---|---|---|
| 35 | KATELIN S. LEE | MRS-L-1039-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 36 | MARIE CANTELLI and PETER EDWARD CANTELLI | MRS-L-1006-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 37 | BRITTANY PIAZZA | MRS-L-0981-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 38 | LATOYA L. SCOTT | MRS-L-0962-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 39 | NATASHIA L. SNYDER | MRS-L-0961-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 40 | KATARINA A. SIMPSON | MRS-L-0938-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 41 | ERNESTINE AYISSI | MRS-L-0924-12 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 42 | SAMANTHA LEIGH JASKIEL | MRS-L-0916-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 43 | DEDRA MEEKINS | MRS-L-0856-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 44 | SHOSHANA BLOCH | MRS-L-0795-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 45 | KRISTY OLSON | MRS-L-0794-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 46 | SHI MUNOZ | MRS-L-0790-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 47 | BARBARA WHILHITE and JASON L. WILHITE | MRS-L-0785-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 48 | KALA NUGENT | MRS-L-0769-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 49 | NICHOLA ELAINE DOTSON and DEVON DASHAUN DOTSON | MRS-L-0733-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 50 | REYANNE BRUMLEY | MRS-L-0714-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 51 | RHONDA LYNNE ARRINGTON and BRIAN J. ARRINGTON | MRS-L-0713-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 52 | LEA MARIE GOMEZ | MRS-L-0695-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 53 | JESSICA HAMMETT and DREW HAMMETT | MRS-L-0628-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |

| # | Name | Docket | Court | Status | | |
|---|------|--------|-------|--------|---|---|
| 54 | JACOBY GIBSON | MRS-L-0592-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 55 | STEPHANIE SHIFFLETT | MRS-L-0591-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 56 | STEPHANIE PERDUE and AARON PERDUE | MRS-L-0579-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 57 | AMANDA CHEREE LOYD | MRS-L-0561-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 58 | CASSIE MARIE BEYER | MRS-L-0560-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 59 | BRYTTANY WRIGHT | MRS-L-0553-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 60 | CASSANDRA MARIE BENNETT | MRS-L-0552-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 61 | ESMERALDA MEDEL MARQUEZ | MRS-L-0551-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 62 | AMY E. SMITH and HUNTER SMITH | MRS-L-0550-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 63 | TANESHA D. ROBINSON and DEMARI ROBINSON | MRS-L-0549-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 64 | NELL SAAB | MRS-L-0548-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 65 | ROCHRATA BRADLEY | MRS-L-0491-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 66 | CAROL KIRKLAND | MRS-L-0488-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 67 | ADRIENNE BARNES | MRS-L-0487-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 68 | AUTUMN HARRIS | MRS-L-0486-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 69 | JESSICA R. COFFEY JONES | MRS-L-0469-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 70 | REBECCA EAGLE | MRS-L-0468-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 71 | MEGAN MARIE BLOCK | MRS-L-0445-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 72 | HEATHER LEE BESELER and MICHAEL BESELER | MRS-L-0434-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 73 | HEATHER HANSEN and JEFF HANSEN | MRS-L-0433-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 74 | BRITNEY NICOLE BREWINGTON | MRS-L-0432-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |

| # | Plaintiff | Docket | Court | Status | | |
|---|---|---|---|---|---|---|
| 75 | CROMER et al. | MRS-L-0396-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 76 | ARIANE DUBERRY | MRS-L-0373-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 77 | YOLANDA PARKER | MRS-L-0372-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 78 | CARRIE SMITH and JASON L. SMITH | MRS-L-0371-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 79 | BRITTANY WILLIAMS McCLAIN and MICHAEL McCLAIN | MRS-L-0312-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 80 | MASHELL FERRIS | MRS-L-0274-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 81 | AMBROCIA CASTANEDA | MRS-L-0273-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 82 | MARQUISHA ELMORE and DUPREE ELMORE | MRS-L-0272-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 83 | CARMEN SALINAS | MRS-L-0271-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 84 | ALEJANDRINA ORTIZ and RAFAEL ORTIZ | MRS-L-0236-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 85 | TYRA BEAVER and KEVIN BEAVER | MRS-L-0222-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 86 | BRENDA TILLET | MRS-L-0171-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 87 | TARRIN THOMAS | MRS-L-0170-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 88 | REEM ABDUL FATTAH | MRS-L-0161-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 89 | GALE WETZLER | MRS-L-0125-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 90 | BRIANA MORIAN and FREE MORIAN | MRS-L-0119-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 91 | KRISTINE RENE BRUMFIELD ORMAN | MRS-L-0062-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 92 | AMANDA KAY ROSS and DENNIS WILLIAM ROSS | MRS-L-0060-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 93 | JADA RAE BELL and RYAN BELL | MRS-L-0041-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 94 | CARMEN OLIVIA LOPEZ | MRS-L-0040-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |

11

| # | Name | Docket | Court | Status | | |
|---|---|---|---|---|---|---|
| 95 | MELISSA ANN JARAMILLO | MRS-L-0038-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 96 | YARNELL LINETTE BATES | MRS-L-0037-13 | N.J. Sup. Ct., Morris Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 97 | BETH EVANS | BER-L-2732-13 | N.J. Sup. Ct., Bergen Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 98 | SHARON MAYHEW | BER-L-2372-13 | N.J. Sup. Ct., Bergen Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 99 | DARLENE LAURENCIN | BER-L-2342-13 | N.J. Sup. Ct., Bergen Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 100 | AMBER CUNDIFF | BER-L-2270-13 | N.J. Sup. Ct., Bergen Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 101 | KASSIE PEREZ | BER-L-2226-13 | N.J. Sup. Ct., Bergen Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 102 | GINA FRANO | BER-L-2137-13 | N.J. Sup. Ct., Bergen Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 103 | SHARON M. BLUE | BER-L-2116-13 | N.J. Sup. Ct., Bergen Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 104 | TAMMY DeLEON | BER-L-1605-13 | N.J. Sup. Ct., Bergen Cty. | Pending Decision of Motion for Coordination | N/A | None | None |
| 105 | BRIANNE ANDERSON-HARRIS | Unknown | Unknown | Pending Decision of Motion for Coordination | N/A | None | None |
| 106 | TYANNA DODSON | Unknown | Unknown | Pending Decision of Motion for Coordination | N/A | None | None |
| 107 | MARLENA HAMILTON | Unknown | Unknown | Pending Decision of Motion for Coordination | N/A | None | None |
| 108 | KATRINA HERRON | Unknown | Unknown | Pending Decision of Motion for Coordination | N/A | None | None |
| 109 | CLAUDIA JEZIORO | Unknown | Unknown | Pending Decision of Motion for Coordination | N/A | None | None |
| 110 | LILLIAN MCGUIRE | Unknown | Unknown | Pending Decision of Motion for Coordination | N/A | None | None |
| 111 | KIMBERLY THOMPSON | Unknown | Unknown | Pending Decision of Motion for Coordination | N/A | None | None |
| 112 | BRENDA TILLETT | Unknown | Unknown | Pending Decision of Motion for Coordination | N/A | None | None |
| 113 | NICOLE TOLIVER, et al. | Unknown | Unknown | Pending Decision of Motion for Coordination | N/A | None | None |

12

## MISSOURI STATE COURT ACTIONS

| | CASE NAME | INDEX NO. | COURT | STATUS | TRANSFERRED TO MDL | DISCOVERY TAKEN | PENDING MOTIONS |
|---|---|---|---|---|---|---|---|
| 1 | KEISHA ALLEN et al. | 1322-CC00276 | Mo. Cir. Ct. | Active | N/A | None | None |
| 2 | LISA COLLINS et al. | 1322-CC00276 | Mo. Cir. Ct. | Active | N/A | None | None |
| 3 | STEPHANIE FAIRBRASS | Unknown | Mo. Cir. Ct. | Active | N/A | Plaintiff has responded to interrogatories and request for production from co-defendants | None |
| 4 | JESSICA STOKER | Unknown | Mo. Cir. Ct. | Active | N/A | None | None |

## NEW YORK STATE COURT ACTIONS

| | CASE NAME | INDEX NO. | COURT | STATUS | TRANSFERRED TO MDL | DISCOVERY TAKEN | PENDING MOTIONS |
|---|---|---|---|---|---|---|---|
| 1 | CELINE WINANS, JON WINANS, HEATHER WILLIS AND RYAN WILLIS | 100482/2011 | Sup.Ct., New York County | Active | N/A | Written discovery exchanged; plaintiff deposed | Motion to Compel pending |

## CALIFORNIA STATE COURT ACTIONS

| # | CASE NAME | INDEX NO. | COURT | STATUS | TRANSFERRED TO MDL | DISCOVERY TAKEN | PENDING MOTIONS |
|---|---|---|---|---|---|---|---|
| 1 | DESIREE INIGUEZ, et al. | Unknown | Cal. Sup. Ct. | Active | N/A | None | None |

## MISSISSIPPI STATE COURT ACTIONS

| | CASE NAME | INDEX NO. | COURT | STATUS | TRANSFERRED TO MDL | DISCOVERY TAKEN | PENDING MOTIONS |
|---|---|---|---|---|---|---|---|
| 1 | CHASITY DANIELS | Unknown | Miss. Cir. Ct. | Active | N/A | None | None |

13

# FAX



Motley Rice LLC – Attorneys at Law

28 BRIDGESIDE BOULEVARD
MOUNT PLEASANT, SC 29464
TEL: 843-216-9616
FAX: 843-216-9430

Date: Friday, May 10, 2013
To: Honorable Cathy Seibel, USDJ
Fax: 914-390-4278
Sender: Staci Palmer Batra for Carmen S. Scott, Esq.
Client No.: 524057

The original ☐ will be ☐ mailed ☐ emailed to you.
☒ will not be mailed or e-mailed to you.

You should receive  20  pages, including this cover sheet.
If you do not receive all the pages, please call 843-216-9000.

Message:

**CONFIDENTIALITY NOTE:** This facsimile transmission contains legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, disclosure, distribution or copying of this transmission is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service.