UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE:

MIRENA IUD PRODUCTS LIABILITY LITIGATION

13-MD-2434 (CS)

*This Document Relates To All Actions*
------------------------------------------------------------------X


## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears as co-counsel for defendant Bayer HealthCare Pharmaceuticals Inc. ("Bayer") in this MDL litigation. Copies of all future pleadings and correspondence shall be served on the undersigned.

Dated:   White Plains, New York
         May 15, 2013

                                        BLEAKLEY PLATT & SCHMIDT, LLP

                                        BY: _____
                                             WILLIAM P. HARRINGTON
                                        *Co-Counsel for Defendant Bayer HealthCare*
                                        *Pharmaceuticals Inc.*
                                        One North Lexington Avenue
                                        White Plains, New York 10601
                                        Tel.: (914) 949-2700
                                        Fax: (914) 683-6956
                                        Email: wpharrington@bpslaw.com

See attached Service List

Service List

Fred Thompson, III
MOTLEY RICE, LLP
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
fthompson@motleyrice.com

James A. Ronca
ANAPOL SCHWARTZ
252 Boas Street
Harrisburg, PA 17102
jronca@anapolschwartz.com

Matthew McCauley
PARKER WAICHMAN, LLP
111 John Street
New York, NY 10038
mmccauley@yourlawyer.com

Diogenes P. Kekatos
SEEGER WEISS, LLP
77 Water Street, 26th Floor
New York, NY 10005
dkekatos@seegerweiss.com

Shayna S. Cook
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 West Randolph Street – Suite 400
Chicago, IL 60661
scook@goldmanismail.com

Marie S. Woodbury
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, MO 64108
mwoodbury@shb.com

James Shepherd
SHOOK HARDY & BACON LLP
JP Morgan Chase Tower
600 Travis Street – Suite 3400
Houston, TX 77002
eshepherd@shb.com