UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
KATIE DECKER,

                  Plaintiff,

      -against-

BAYER HEALTHCARE
PHARMACEUTICALS, INC.

                  Defendant.
----------------------------------------------------------x

ORDER

13-MD-2434 (CS)

13-CV-3178 (CS)

Seibel, J.

      The above-captioned case was filed in this District, and is hereby ORDERED to be consolidated with *In re: Mirena IUD Products Liability Litigation*, 13-MD-2434, for pretrial proceedings. Plaintiff resides in Utah and had her IUD inserted at a medical office in that state. Accordingly, I will treat the case as if it had been transferred to the Multidistrict Litigation from the United States District Court in Utah. The Clerk of Court is respectfully directed to docket this Order in 13-CV-3178 and 13-MD-2434.

SO ORDERED.

Dated: May 16, 2013
       White Plains, New York

                                                _____
                                                CATHY SEIBEL, U.S.D.J.