UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE:

MIRENA IUD PRODUCTS LIABILITY LITIGATION

*This Document Relates To Foret v. Bayer Healthcare Pharmaceuticals Inc. ILS/3:13-cv-00195*
-----------------------------------------------------------------x

13-MD-2434(CS)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David Cates, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear for Rebecca Foret in the above-captioned action

I am in good standing in the bar of the State of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

May 17, 2013
Date

David Cates
CATES MAHONEY, LLC
216 West Pointe Drive, Suite A
Swansea, IL
Telephone - 618-277-3644
Facsimile - 618-277-7882
dcates@cateslaw.com