UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

MIRENA IUD PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

------------------------------------------------------------------------x

**ORDER NO. 3**

13-MD-2434 (CS)

Seibel, J.

Any order entered into, or decision rendered, in this multidistrict litigation ("MDL") that relates to all actions shall apply to all actions that are later consolidated in the MDL, unless counsel in the later-consolidated action show good cause why it should not. This applies to both my orders and decisions, and, with her consent, those of Magistrate Judge Lisa Smith.

The next status conference in this matter is scheduled for July 2, 2013 at 9:30 a.m. By the close of business on June 28, 2013, Plaintiffs' lead counsel (whom I anticipate appointing well in advance) and counsel for Defendant shall send a joint letter to the Court with a status update and a proposed agenda for the July 2, 2013 conference.

**SO ORDERED.**

Dated: May 17, 2013
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.

1