```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

IN RE:                                              CASE NO. 13-MD-2434 (CS)

MIRENA IUD PRODUCT LIABILITY                        JUDGE CATHY SEIBEL
LITIGATION

*This Document Relates To:*
                                                    MOTION FOR LEAVE FOR
Plaintiffs Kara and Brandon Sweet,                  ATTORNEY BEVERLY STORM TO
MDL Case No. 7:13-cv-2320                           WITHDRAW AS COUNSEL
-------------------------------------------------------- X

    Pursuant to Local Civil Rule 1.4, Plaintiffs Kara and Brandon Sweet ("Plaintiffs") hereby request leave for attorney Beverly Storm to withdraw as counsel in the above captioned action. Attached hereto as Exhibit 1, is an affidavit in support of Attorney Storm's withdrawal from this matter. Upon Court approval for Attorney Storm's withdrawal, please removed her from the ECF notices as well.

    John R. Climaco, Dawn M. Chmielewski and Margaret M. Metzinger of Climaco, Wilcox, Peca, Tarantino, & Garofoli Co., LPA, shall continue to serve as counsel of record for the Plaintiffs in the above captioned action.

**MEMO ENDORSED**

Dated: May 23, 2013

Respectfully Submitted,

/s/ Dawn M. Chmielewski
John R. Climaco
jrclim@climacolaw.com
Dawn M. Chmielewski
dxchmi@climacolaw.com
Margaret M. Metzinger
mmmetz@climacolaw.com

Application Granted /~~Denied~~
So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.
Dated: 5/25/13
The Clerk shall terminate Doc. 43.