– CORRECTED ORDER –

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MIRENA IUD PRODUCTS LIABILITY
LITIGATION
    Jaquayla Kelly v. Bayer Healthcare Pharmaceuticals, Inc.,  )
        N.D. Ohio, C.A. No. 5:13-00994                      )           MDL No. 2434

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Kelly*) on May 9, 2013. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Kelly* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. Plaintiff has withdrawn her opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-3" filed on May 9, 2013, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Cathy Seibel.

                                      FOR THE PANEL:

                                      Jeffery N. Lüthi
                                      Clerk of the Panel

                                      A CERTIFIED COPY
                                    RUBY J. KRAJICK, CLERK

                                  BY _____
                                         Deputy Clerk