UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

MIRENA IUD PRODUCTS LIABILITY LITIGATION

13-MD-2434 (CS)

*This Document Relates To All Actions*
------------------------------------------------------------------------x

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Pamela A. Borgess, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel on behalf of the following: *Peets et al. v. Bayer Corporation et al.*, Southern District of New York, Case No. 7:13-cv-02728-CS and *Wojtowicz et al v. Bayer Corporation et al.,* Northern District of Ohio, Case No. 4:13-cv-00696-BYP in the above-captioned action.

I am in good standing of the bar of the State of Ohio and there are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted, this 31st day of May, 2013.

>  */s/ Pamela A. Borgess*
>  Pamela Borgess (0072789)
>  **ZOLL, KRANZ & BORGESS, LLC**
>  6620 West Central Avenue, Suite 100
>  Toledo, Ohio 43617
>  Tel.:  (419) 841-9623
>  Fax:  (419) 841-9719
>  Email: pamela@toledolaw.com
>  *Attorney for Plaintiffs Brandie Peets et. al. and Wojtowicz et. al.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 31, 2013 a true copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

                                                       */s/ Pamela A. Borgess*
                                                       Pamela Borgess (0072789)