UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

MIRENA IUD PRODUCTS LIABILITY LITIGATION

13-MD-2434 (CS)

*This Document Relates To All Actions*
------------------------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The motion of Pamela A. Borgess, for admission to practice Pro Hac Vice in the above captioned matter is granted.

Applicant has declared that she is a member in good standing of the bar of the State of Ohio; and that her contact information is as follows:

| | |
|---|---|
| Name: | Pamela Borgess (0072789) |
| Firm Name: | **ZOLL, KRANZ & BORGESS, LLC** |
| Address: | 6620 West Central Avenue, Suite 100 |
| | Toledo, Ohio 43617 |
| Telephone: | (419) 841-9623 |
| Facsimile: | (419) 841-9719 |
| Email: | pamela@toledolaw.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Peets et al. v. Bayer Corporation et al., Southern District of New York, Case No. 7:13-cv-02728-CS and Wojtowicz et al v. Bayer Corporation et al., Northern District of Ohio, Case No. 4:13-cv-00696-BYP in the above entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated:_____      _____
                                                                                    United States District / Magistrate Judge