

6620 West Central Avenue
Suite 100
Toledo, Ohio 43617
Phone: 419-841-9623
Toll-Free: 888-841-9623
Fax: 419-841-9719
zkblaw.com
toledolaw.com

**Zoll, Kranz & Borgess** LLC
ATTORNEYS AT LAW

David W. Zoll*
Michelle L. Kranz
Pamela A. Borgess

Donato J. Borrillo, M.D., J.D.
Carasusana B. Wall*

MEMO ENDORSED

June 7, 2013

VIA FACSIMILE ONLY (914) 390-4278

Honorable Judge Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/13
```

Re:  Zachary J. Murry (OH) 0087421
     Notice of Withdrawal
     In re: Mirena IUD Products Liability Litigation
     Case No.: 7:13-md-2434

Dear Honorable Judge Seibel:

Please be advised that Zachary J. Murry is no longer with Zoll, Kranz & Borgess effective May 20, 2013. In accordance, please accept this correspondence as the Notice of Withdrawal. Further he should be removed from the service list and email notifications with regard to the above-referenced matter. Should you have any questions, please do not hesitate to contact my office.

Sincerely,

ZOLL, KRANZ & BORGESS, LLC

David W. Zoll

DWZ:cmb

*The Clerk shall effectuate the above request.*

So Ordered.

Cathy Seibel, U.S.D.J.

Dated: 6/10/13

*Board Certified Civil Trial Advocate. * Admitted in OH, MI



6620 West Central Avenue
Suite 100
Toledo, Ohio 43617
Phone: 419-841-9623
Toll-Free: 888-841-9623
Fax: 419-841-9719
zkblaw.com
toledolaw.com

# Zoll, Kranz & Borgess LLC
## ATTORNEYS AT LAW

David W. Zoll†
Michelle L. Kranz
Pamela A. Borgess

Donato J. Borrillo, M.D., J.D.
Carasusana B. Wall*

June 7, 2013

*VIA FACSIMILE ONLY (914) 390-4278*

Honorable Judge Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    David W. Zoll (OH) 0008548
            *In re: Mirena IUD Products Liability Litigation*
            Case No.: 7:13-md-2434

Dear Honorable Judge Seibel:

I hereby request to be removed from the service list and email notifications with regard to the above-referenced matter. Should you have any questions, please do not hesitate to contact my office.

                                      Sincerely,

                                      ZOLL, KRANZ & BORGESS, LLC

                                      David W. Zoll

DWZ:cmb

† Board Certified Civil Trial Advocate, * Admitted in OH, MI

# ZOLL, KRANZ & BORGESS, LLC

DAVID W. ZOLL
MICHELLE L. KRANZ
PAMELA A. BORGESS

DONATO J. BORRILLO
CARASUSANA B. WALL

6620 W. Central Avenue, Suite 100
Toledo, Ohio 43617
Telephone: (419) 841-9623
Fax: (419) 841-9719
Toll-Free: (888) 841-9623
www.zkblaw.com
www.toledolaw.com

david@toledolaw.com
michelle@toledolaw.com
pamela@toledolaw.com

donato@toledolaw.com
cara@toledolaw.com

## FACSIMILE COVER SHEET

DATE:       June 7, 2013

TO:         Honorable Judge Cathy Seibel

FROM:       David W. Zoll

RE:         In Re: In re: Mirena IUD Products Liability Litigation
            Case No.: 7:13-md-2434

FAX NO:     (914) 390-4278

TOTAL NUMBER OF PAGES:    2    (Excluding this page)

If you do not receive all pages or have any problem with receiving, please call (419) 841-9623 and ask for the Office Manager.

**MESSAGE:**

Please see attached correspondence. Thank you.

The documents accompanying this telecopy transmission contain confidential information. The information is intended only for use of the individual(s) or entity below. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopied information is not permissible. If you have received this telecopy in error, please immediately notify us at (419) 841-9623 to arrange for the proper individual(s) to receive the documents or confirmation that the documents have been destroyed.