# BLEAKLEY PLATT
NEW YORK · CONNECTICUT

BLEAKLEY PLATT & SCHMIDT, LLP
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
Fax: 914.683.6956
BPSLAW.COM

WILLIAM P. HARRINGTON
914.287.6104
WPHARRINGTON@BPSLAW.COM

MEMO ENDORSED

June 25, 2013

**Via Hand Delivery**

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and
United States Courthouse
300 Quarropas Street, Room 275
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/13

Re:   *In Re: Mirena IUD Products Liability Litigation*
      13-MD-2434 (CS)

Dear Judge Seibel:

Enclosed for your consideration is a proposed Order under Local Civil Rule 1.8 allowing Bayer defense team members to bring laptops and cell phones into the courthouse for the July 2 conference and the duration of the *Mirena MDL Litigation*.

Please call if you have any questions.

Respectfully submitted,

WILLIAM P. HARRINGTON

WPH:sl
Encl.

cc:   All Counsel via Email (w/ Enclosure)
      Fred Thompson, III
      James A. Ronca
      Matthew McCauley
      Diogenes P. Kekatos
      Shayna S. Cook
      Marie S. Woodbury
      James Shepherd
      Brian O'Donoghue
      Michael Elliott

*Per Standing Order M10-468 (filed 2/18/10 and available on the Court's web site), only 3 laptops per team are allowed. (I will consider allowing more for trial.) So defense may re-submit this application. Also, all lawyers covered by the Order must be members of the S.D.N.Y. bar and have a valid Service Pass.*

So Ordered.

Cathy Seibel
Cathy Seibel, U.S.D.J.

Dated: 6/26/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

IN THE MATTER OF AN APPLICATION
TO BRING AN ELECTRONIC DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A TRIAL OR PROCEEDING
---------------------------------------------------------------x

      I hereby authorize the following attorney(s) to bring the General Purpose Computing Device(s) ("GPCD") listed below into the Courthouse for use in a trial or proceeding in the action entitled *In Re: Mirena IUD Products Liability Litigation*, No. 13-MD-2434(CS), which is anticipated to begin on July 2, 2013 and conclude on the date this matter is adjudicated to conclusion.

| Attorney | Device(s) |
|---|---|
| 1. Shayna Cook | Mobile Phone and Laptop |
| 2. Brian O'Donoghue | Mobile Phone and Laptop |
| 3. Mike Elliott | Mobile Phone and Laptop |
| 4. James Shepherd | Mobile Phone and Laptop |
| 5. William P. Harrington | Mobile Phone |

      The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Their bringing of the equipment into the building constitutes a certification by them that the electronic device(s) lack (a) the capacity to make or record images or sounds or to send or receive wireless transmissions, and (b) one or more infrared ports or, alternatively, that any such capability or ports have been disabled. They shall not use or permit the use of such equipment to make or record images or sounds or to send or receive wireless transmissions. They shall comply in all respects with the requirements printed on the reverse side of this page.

      This order does not authorize any attorney or law firm to bring more than three CPCDs into the Courthouse unless its receipt has been acknowledged below by the Chair of the Court's Technology Committee.

      SO ORDERED.

Dated: _____

                                                                                        United States Judge

RECEIPT ACKNOWLEDGED

_____
Chair (or designee), Technology Committee

Revised: January 18, 2013

*(The provisions on page 2 are an integral part of this order.)*

## ADDITIONAL PROVISIONS

1. The term General Purpose Computing Device ("GPCD") as used in this Order is defined as set forth in Local Civil Rule 1.8.

2. GPCD screens and monitors are limited to one screen or monitor per GPCD and shall not obstruct vision or otherwise interfere with the proceedings.

3. Printers, scanners and other noise-emitting devices shall not be connected to authorized GPCDs while GPCDs are in a courtroom.

4. No GPCD shall be connected to the Court's computer network or any device connected thereto. No GPCD that is connected to a court reporter's device for the purpose of receiving a real-time feed may be networked with any other GPCD or Personal Electronic Device.

**Properly endorsed ordered must be e-mailed to Shona_Mikell@nysd.uscourts.gov and Elly_Harrold@nysd.uscourts.gov in the District Executive's Office prior to the dates authorized in the order.**