

**SEEGERWEISS**LLP

77 Water Street, New York, NY 10005  P 212.584.0700  F 212.584.0799  www.seegerweiss.com

June 27, 2013

**By Fax to Chambers**

Honorable Cathy Seibel
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr. Federal
  Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2013
```

> *In re Mirena IUD Products Liability Litigation*
> No. 13-MD-2434 (CS) (LMS)
> *This Document Relates to All Actions*

Dear Judge Seibel:

We respectfully submit this letter to supplement the June 17, 2013 letter of Co-Lead Counsel James R. Ronca. Accompanying this letter is a .pdf of certificates of good standing for Rachel Abrams, Catherine T. Heacox, and Randi A. Kassan, who have been proposed for appointment to the Plaintiffs' Steering Committee.

In addition, we submit herewith a proposed Order that would permit Co-Lead Counsel Matthew J. McCauley and me to bring a laptop and iPad, respectively, to future court proceedings in this litigation.

We thank the Court for its consideration of these matters.

Respectfully,

Diogenes P. Kekatos
Plaintiffs' Liaison Counsel

New York      Newark      Philadelphia      Los Angeles

13036-999

Honorable Cathy Seibel
June 27, 2013
**In re Mirena IUD Product Liability Litigation**
No.  **13-MD-2434 (CS) (LMS)**
Page 2

Enclosures

cc:     **By email (all w/encls.)**

      Shayna S. Cook, Esq.
      James Shepherd, Esq.
      Marie S. Woodbury, Esq.
      James R. Ronca, Esq.
      Matthew J. McCauley, Esq.
      Fred Thompson III, Esq.

# SEEGER WEISS LLP

Attorneys At Law
One William Street
New York, New York 10004

Telephone (212) 584-0700
Telecopier (212) 584-0799

## FAX COVER SHEET

**Date:** 6/27/13

**Pages:** 11

**To:** Chambers of Honorable Cathy Seibel

**Fax:** 914-390-4278

**From:** Diogenes P. Kekatos

**Re:** Mirena IUD Products Liability Litigation

**CONFIDENTIALITY NOTE**

This telecopier cover letter and the documents accompanying the same contain information from the law firm of Seeger Weiss LLP and are intended solely for the use of the person or persons whose name or names appears above. This information may be confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. In this regard, if you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

If you do not receive all pages, please call (212) 584-0700 for assistance.

Rachel Abrams

Levin Simes LLP



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

June 14, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RACHEL BETH ABRAMS, #209316 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2000; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records

Catherine Heacox

The Lanier Law Firm, P.C.

## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# CATHERINE THEADORA HEACOX

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **May 3, 1999**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

June 24, 2013

_____
Clerk of the Court

4969

Randi A. Kassan

Sanders Viener Grossman, LLP



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

**I, Aprilanne Agostino,** Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Randi Alyson Kassan** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 25th day of January 2006, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on June 20, 2013.



**Clerk of the Court**