

# SEEGERWEISS LLP

77 Water Street, New York, NY 10005    P 212.584.0700    F 212.584.0799    www.seegerweiss.com

July 8, 2013

**BY FACSIMILE**

Honorable Cathy Seibel
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr. Federal
   Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2013
```

*In re Mirena IUD Products Liability Litigation*
No. 13-MD-2434 (CS) (LMS)
*This Document Relates to All Actions*

Dear Judge Seibel:

Enclosed is a copy of a current Certificate of Good Standing from the Supreme Court of Minnesota for Yvonne M. Flaherty. With the submission of this certificate, the Court should now have current Certificates of Good Standing from the respective state courts of all Plaintiffs' Steering Committee nominees based on either a nominee's filing of a *pro hac vice* admission motion (or amended motion), Plaintiffs' inclusion of certificates in the amended compendium of attorney biographies enclosed in their June 18 letter to the Court, or Plaintiffs' submission of certificates for three nominees in their June 27 letter to the Court.

Respectfully,

Diogenes P. Kekatos
Plaintiffs' Liaison Counsel

Enclosure (1)

New York            Newark            Philadelphia            Los Angeles

Honorable Cathy Seibel
July 8, 2013
**In re Mirena IUD Product Liability Litigation**
No. 13-MD-2434 (CS) (LMS)
Page 2

cc: <u>By email (all w/ encl.)</u>

    Shayna S. Cook, Esq.
    James Shepherd, Esq.
    Marie S. Woodbury, Esq.
    James R. Ronca, Esq.
    Matthew J. McCauley, Esq.
    Fred Thompson III, Esq.

13036-999

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

YVONNE MARIE FLAHERTY

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 25, 1996

Given under my hand and seal of this court on

July 02, 2013

Bridget C. Gernander
Clerk of Appellate Courts





# SEEGERWEISS LLP

77 Water Street, New York, NY 10005     P 212.584.0700     F 212.584.0799     www.seegerweiss.com

## FAX COVER SHEET

**Date:**  July 8, 2013                    **Pages:**  4

**To:**    Honorable Cathy Seibel          **From:**   Diogenes P. Kekatos
**Fax:**   914-390-4278

**Comments:**

CONFIDENTIALITY NOTE

This telecopier cover letter and the documents accompanying the same contain information from the law firm of Seeger Weiss LLP and are intended solely for the use of the person or persons whose name or names appears above. This information may be confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

If you do not receive all pages, please call (212) 584-0700 for assistance.