UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

IN RE:                                                                            13-MD-2434 (CS)

Mirena IUD PRODUCTS LIABILITY LITIGATION           **MOTION FOR**
MDL 2434                                                                   **ADMISSION**
                                                                                       **PRO HAC VICE**
*This Document Relates to All Actions*

_____

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Blake A. Shuart, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel on behalf of the following: Jessica Caruthers vs. Bayer Healthcare Pharmaceuticals, Inc., Case No. 13-cv-03801-CS and April Rogers vs. Bayer HealthCare Pharmaceuticals, Inc., Case No. 13-cv-04325-CS in the above action.

    I am in good standing of the bars of the States of Kansas, Florida, New Jersey and Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:     July 10, 2013                              Respectfully submitted,

                                                          /s/ Blake A. Shuart
                                                          Blake A. Shuart, KS Bar #24463
                                                          Hutton & Hutton Law Firm, L.L.C.
                                                          8100 E. 22nd St. North, Bldg. 1200
                                                          POB 638 (67201)
                                                          Wichita, KS 67226
                                                          Phone: (316) 688-1166
                                                          Fax: (316) 686-1077
                                                          blake.shuart@huttonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10rd day of July, 2013, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of the filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/  Blake A. Shuart<br>
Blake A. Shuart, KS Bar #24463

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on April 30, 2010,

BLAKE ARMSTRONG SHUART

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 12th day of June, 2013.

*Carol G. Green*
Clerk of the Supreme Court of Kansas

# Supreme Court of Florida
## Certificate of Good Standing

I THOMAS D. HALL, *Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### BLAKE ARMSTRONG SHUART

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **September 24, 2010**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this July 1, 2013.*

_____
Clerk of the Supreme Court of Florida

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **BLAKE A SHUART** (No. **039522010**) was constituted and appointed an Attorney at Law of New Jersey on **November 23, 2010** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **24TH** day of **June**, 20**13**.

*Mark [signature]*

Clerk of the Supreme Court

-453a-

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Blake Armstrong Shuart

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 8, 2007 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, June 21, 2013.

*Carolyn Taft Grosboll*
Clerk