

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: )
) 13-MD-2434(CS)
MIRENA IUD PRODUCTS LIABILITY LITIGATION )
)
*This document relates to:* )
*Dudley v. Bayer Healthcare Pharmaceuticals, Inc., et al.* )
*SDNY Case No.: 7:13-cv-03800-CS* )

## NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF MCKESSON CORPORATION; and ORDER GRANTING SUBSTITUTION

It is hereby stipulated and consented that Pavan L. Rosati of GOODMAN NEUMAN HAMILTON LLP, 417 Montgomery Street, 10th Floor, San Francisco, California 94104 (Telephone: 415-705-0400; Fax: 415-705-0411; Email: prosati@gnhllp.com) be and hereby is substituted in place and stead of Daniel J. Herling and Michelle Gillette of Mintz Levin Cohn Ferris Glovsky and Popeo PC, as attorneys for the defendant MCKESSON CORPORATION, in this action and that this substitution be entered into effect without further notice.

I consent to the substitution as set forth above.

Dated: July 10, 2013                    MCKESSON CORPORATION

                                        By _____
                                            Georgette M Pan

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/13

**I consent to the substitution as set forth above.**

Dated: July 1, 2013               MINTZ, LEVIN COHN FERRIS
                                  GLOVSKY and POPEO P.C.


By _____
   Michelle Gillette
   Daniel J. Herling


**I consent to the substitution as set forth above.**

Dated: July 10, 2013              GOODMAN NEUMAN HAMILTON LLP


By  PAVAN L. ROSATI
    Pavan L. Rosati


### ORDER GRANTING SUBSTITUTION OF ATTORNEYS

IT IS SO ORDERED.

Dated: 7/11/13            _____
                          UNITED STATES DISTRICT JUDGE
                          CATHY SEIBEL