UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| IN RE: | 13-MD-2434 (CS) |
| Mirena IUD PRODUCTS LIABILITY LITIGATION<br>MDL 2434 | MOTION FOR<br>ADMISSION<br>PRO HAC VICE |
| *This Document Relates to Kimbrough v. Bayer*<br>*Healthcare Pharmaceuticals, Inc. 7:13-cv-03953-CS* | |

_____

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David T. Butsch, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel on behalf of the plaintiff in following matter: Chassity Kimbrough v. Bayer Healthcare Pharmaceuticals, Inc., Case No. 7:13-cv-03953-CS in the above action.

I am in good standing of the bars of the States of Missouri and Illinois, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:      July 26, 2013

                                             BUTSCH ROBERTS & ASSOCIATES LLC

                                             By: /s/ David T. Butsch
                                                  David T. Butsch
                                                  231 South Bemiston Ave., Suite 260
                                                  Clayton, MO 63105
                                                  (314) 863-5700 (telephone)
                                                  (314) 863-5711 (fax)
                                                  butsch@butschroberts.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 26th day of July, 2013, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                            /s/ David T. Butsch