# Goldman Ismail Tomaselli Brennan & Baum llp

WRITER'S DIRECT DIAL
312-881-5947
scook@goldmanismail.com

August 7, 2013

**VIA FAX**

The Honorable Cathy Seibel
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *In re: Mirena IUD Products Liability Litigation*, 13-MD-2434, 13-MC-2434
              Update on Discovery and Proposed Schedule

Dear Judge Seibel:

      At the July 2, 2013 Status Conference, the Court instructed the parties to confer on the various outstanding discovery issues and schedule and submit a joint letter to the Court.

      The parties have met and conferred by phone, email and in person about the Plaintiff Fact Sheet, Defense Fact Sheet, document production, ESI and document production protocol, and the proposed schedule. The parties address the status of these issues below.

**Plaintiff Fact Sheet**

      The parties continue to meet and confer on a Plaintiff Fact Sheet and a related Case Management Order. The parties will submit these documents to the Court along with a letter setting forth any remaining issues by Friday, August 9.

**Defense Fact Sheet**

      The parties continue to meet and confer on a Defense Fact Sheet and a related Case Management Order. The parties will submit these documents to the Court along with a letter setting forth any remaining issues by Friday, August 9.

**Document Production**

      Bayer HealthCare Pharmaceuticals Inc. ("Bayer") has agreed to produce documents and data from the files of 14 current or former Bayer employees and certain Bayer databases. Bayer is prepared to begin producing documents as soon as a document production protocol is entered. The parties plan to submit the Pilot Project Exhibit B to the Court on Thursday, August 8.

## Goldman Ismail Tomaselli Brennan & Baum llp

The Honorable Cathy Seibel            -Page 2-                  August 7, 2013

**ESI and Document Production Protocol**

The parties continue to meet and confer on a Case Management Order addressing the preservation of documents and the format of document production and privilege logs.  The parties will submit this Case Management Order to the Court along with a letter setting forth any remaining issues by Friday, August 9.

**Proposed Schedule**

The parties have met and conferred on a proposed schedule for pretrial activities in this MDL.

Below is Plaintiffs' proposed schedule for pretrial activities in this MDL:

| Date | Deadline |
| --- | --- |
| **September 16, 2013** | **Response to Plaintiff interrogatories and Requests for production of documents** |
| **October 1, 2013** | **Deadline for production of first 14 custodians and other initial document production** |
| **November 1, 2013** | **Deadline for 30(b)(6) depositions** |
| **January 30, 2014** | **Deadline for Plaintiff second wave discovery requests** |
| April 4, 2014 | Initial Disposition Pool Selection |
| September 1, 2014 | General Discovery ends |
| September 30, 2014 | Case-Specific Discovery Deadline in Initial Disposition Pool |
| October 30, 2014 | Deadline for Plaintiffs' Generic Expert Disclosures |
| November 14, 2014 | Deadline for Defendant generic expert disclosures |
| December 1, 2014 – February 2, 2015 | Bayer to Depose Plaintiffs' Generic Experts |
| February 2, 2015 – April 1, 2015 | Plaintiffs to depose Bayer Generic experts |
| December 1, 2014 | Deadline for Plaintiffs case specific expert disclosures |
| January 15, 2015 | Deadline for Bayer case specific expert |

Goldman Ismail Tomaselli Brennan & Baum llp

The Honorable Cathy Seibel                -Page 3-                    August 7, 2013

|  |  |
|---|---|
|  | disclosures |
| February 2, 2015 – March 16, 2015 | Plaintiff case specific expert depositions |
| March 16, 2015 – May 1, 2015 | Defendant Case Specific Expert depositions |
| June 1, 2015 | *Daubert* and Disposition Motion Deadline in Initial Disposition Pool cases |

Below is Bayer's proposed schedule for pretrial activities in this MDL:

| Date | Deadline |
|---|---|
| March 3, 2014 | Generic Fact Discovery Deadline |
| April 4, 2014 | Initial Disposition Pool Selection |
| June 4, 2014 | Case-Specific Discovery Deadline in Initial Disposition Pool |
| June 20, 2014 | Deadline for Plaintiffs' Generic Expert Disclosures and Case-Specific Expert Disclosures in Initial Disposition Pool cases |
| August 1, 2014 | Deadline for Bayer to Depose Plaintiffs' Generic Experts and Case-Specific Experts in Initial Disposition Pool cases |
| August 15, 2014 | Deadline for Bayer Generic Expert Disclosures and Case-Specific Expert Disclosures in Initial Disposition Pool cases |
| September 26, 2014 | Deadline for Plaintiffs to Depose Bayer Generic Experts and Case-Specific Experts in Initial Disposition Pool cases |
| October 10, 2014 | *Daubert* and Disposition Motion Deadline in Initial Disposition Pool cases |

The parties may request the assistance of Magistrate Judge Smith to mediate open issues.

GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP

The Honorable Cathy Seibel -Page 4- August 7, 2013

                          Respectfully submitted,

                          */s/ Shayna S. Cook*

                          Shayna S. Cook
                          *Lead Counsel for Defendant*
                          *Bayer HealthCare Pharmaceuticals Inc.*

CC (via email):
Counsel for Plaintiffs Diogenes P. Kekatos, Fred Thompson, James R. Ronca, Matthew McCauley; Counsel for Bayer James Shepherd, and William Harrington