UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

MIRENA IUD PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*
------------------------------------------------------------------------x

**ORDER NO. 9**
**(Scheduling Order)**

13-MD-2434 (CS)
13-MC-2434 (CS)

Seibel, J.

The following scheduling order is adopted:

1.  Defendant shall respond to Plaintiffs' Initial Interrogatories and Requests for Production by September 16, 2013.

2.  Defendant, by October 1, 2013, shall produce the custodial files of Rusty Thomas, John Rotondo, Brian Groves, William Ahmer, Catherine Holtz, Herm Cukier, Antonio Costales, Leo Plouffe, Edio Zampaglione, Jo-Ann Ruane, Joseph Zuccarini, Fadwa Almanakly, Lynn Carmichael, and Chuck Walsh.  Defendant will collect and process those files as detailed on pages 5-7 of Pilot Program Exhibit B.  (No. 13-MC-2434, Doc. 26.)

3.  Plaintiffs shall complete 30(b)(6) depositions of Defendant by November 1, 2013.

4.  Defendant, by December 1, 2013, shall produce the remaining initial discovery, that is certain data from databases as summarized on pages 7-9 of Pilot Program Exhibit B.  (No. 13-MC-2434, Doc. 26.)  This discovery will not include the Plaintiff-specific information required by the Defense Fact Sheet.  Defendant will produce Plaintiff-specific information pursuant to the deadlines established by Order No. 8 regarding the Defendant Fact Sheet.  (No. 13-MC-2434, Doc. 30.)

5.  Plaintiffs shall serve second wave discovery requests by January 30, 2014.

6.        The parties shall select cases for the Initial Disposition Pool on April 4, 2014.

7.        All generic discovery shall be completed by September 1, 2014.

8.        All case-specific discovery in Initial Disposition Pool cases shall be completed by September 30, 2014.

9.        Plaintiffs' generic expert reports are due October 15, 2014.

10.        Defendant's generic expert reports are due November 14, 2014.

11.        Plaintiffs' case-specific expert reports for cases in the Initial Disposition Pool are due December 1, 2014.

12.        Defendant shall depose Plaintiffs' generic experts between December 1, 2014 and February 2, 2015.

13.        Defendant's case-specific expert reports for cases in the Initial Disposition Pool are due January 15, 2015.

14.        Plaintiffs shall depose Defendant's generic experts between February 2, 2015 and March 15, 2015.

15.        Defendant shall depose Plaintiffs' case-specific experts for cases in the Initial Disposition Pool between February 2, 2015 and March 16, 2015.

16.        Plaintiffs shall depose Defendant's case-specific experts for cases in the Initial Disposition Pool cases between March 1, 2015 and April 15, 2015.  Plaintiffs shall not depose any Defendant expert on a case as to which Defendant has not already deposed Plaintiff's case-specific expert(s).

17. Dispositive motions and *Daubert* motions for cases in the Initial Disposition Pool are due by May 15, 2015. Opposition and reply dates will be set at a future time.

**SO ORDERED.**

Dated: August 16, 2013
      White Plains, New York

                                          CATHY SEIBEL, U.S.D.J