# S<sub>W</sub> SEEGERWEISS<sub>LLP</sub>

77 Water Street, New York, NY 10005    P 212.584.0700    F 212.584.0799    www.seegerweiss.com

August 23, 2013

Application Granted / Denied
So Ordered.

*Cathy Seibel*

**Cathy Seibel, U.S.D.J.**

Dated: 8/26/13

**BY FACSIMILE**

Honorable Cathy Seibel
United States District Judge
Southern District of New York
Hon. Charles L. Brieant Jr. Federal
      Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/26/13

Re: *In re Mirena IUD Products Liability Litigation*
     **No. 13-MD-2434 (CS) (LMS)**
     *This Document Relates to All Actions*

Dear Judge Seibel:

At last week's status conference, the Court endorsed Bayer's request for an August 23, 2013 deadline for the parties' completion of negotiations respecting a proposed document production protocol and a proposed document preservation order. The Court directed that, in the event they were unable to resolve any differences, the parties should submit the proposed protocol and proposed order and present any points of disagreement for resolution by the Court or Magistrate Judge Smith.

We write to advise the Court that the parties have not, as of this date, reached complete agreement respecting the proposed protocol and order, but they have been continuing to negotiate and are making good progress in their efforts to achieve full agreement so as to hopefully avoid altogether the need for judicial intervention or, alternatively, to minimize the extent to which the Court's or Judge Smith's involvement will be necessary.

Given that the Court informed the parties that both it and Judge Smith will not be available the week of August 26-30, the parties would like to continue their negotiations so as to try and resolve their differences during the Court's absence next week. Accordingly, the parties respectfully request that Court extend the deadline for the parties' completion of discussions and

Honorable Cathy Seibel
August 23, 2013
**In re Mirena IUD Product Liability Litigation**
No. 13-MD-2434 (CS) (LMS)
Page 2

submission of a proposed document production protocol and proposed document preservation order by one week, to next Friday, August 30, 2013.

    We thank the Court for its attention to this matter and consideration of this request.

         Respectfully,

         Diogenes P. Kekatos
         Plaintiffs' Liaison Counsel

cc:   **By email**

     Shayna S. Cook, Esq.
     James Shepherd, Esq.
     William P. Harrington, Esq.
     James R. Ronca, Esq.
     Gregory S. Spizer, Esq.
     Matthew J. McCauley, Esq.
     Fred Thompson III, Esq.

13036-999

# SEEGER WEISS LLP

**Attorneys At Law**
77 Water Street, 26th Floor
New York, NY  10005
www.seegerweiss.com

Telephone: (212) 584-0700
FAX:  (212) 584-0799

# FAX COVER SHEET

**Date:** **August 23, 2013**              **Pages (including this coversheet): 3**

**To:** **Honorable Cathy Seibel**         **Fax:**    **1-914-390-4278**
                                        **Phone:** **1-914-390-4271**

**From:** Diogenes P. Kekatos             **Email:** dkekatos@seegerweiss.com

**Comments:**   Letter to the Court.

### CONFIDENTIALITY NOTE

This telecopier cover letter and the documents accompanying the same contain information from the law firm of Seeger Weiss LLP and are intended solely for the use of the person or persons whose name or names appears above. This information may be confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

**If you do not receive all pages, please call (212) 584-0700 for assistance.**