UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

MIRENA IUD PRODUCTS LIABILITY LITIGATION

*This Document Relates To:*

*Kalaki Clarke, et al. v. Bayer Corp., et al.*
Case Number: 7:13-CV-2816
------------------------------------------------------------------------x

**ORDER NO. 10**

13-MD-2434 (CS)
13-CV-2816 (CS)

Seibel, J.

     Before the Court is Plaintiff Leah Laskan's unopposed Motion to Sever and Substitute Counsel. (No. 13-CV-2816, Doc. 39.) Ms. Laskan, who was initially included as part of a group of plaintiffs represented by Lieff, Cabraser, Heimann & Bernstein, LLP now seeks to sever her claim and be represented by Capretz & Associates. Ms. Laskan's Motion is GRANTED, but she is instructed to re-file her Complaint so that she may be assigned a separate docket number. Because Ms Laskan was already a plaintiff in this action, the filing fee is hereby waived.

     The remaining plaintiffs in No. 13-CV-2816 are also instructed to re-file their Amended Complaint so that it may be assigned a document number.

**SO ORDERED.**

Dated: September 19, 2013
       White Plains, New York

                                       */s/ Cathy Seibel*
                                       CATHY SEIBEL, U.S.D.J