

February 7, 2014

**VIA EMAIL**

Honorable Cathy Seibel
United States District Judge
Southern District of New York
Honorable Charles L. Brieant Jr. Federal
  Building and United States Courthouse
300 Quarropas Street
White Plains, NY  10601-4150

      Re: **In re Mirena IUD Products Liability Litigation, No. 13-MD-2434 (CS) (LMS)**

Dear Judge Seibel:

Plaintiff Priscilla Baldwin was named in Defendant's Motion to Dismiss for failure to serve a Plaintiff Fact Sheet [Document No. 616]. Since the filing of Defendant's motion, Plaintiff Priscilla Baldwin has served a complete Plaintiff's Fact Sheet and has signed the requisite authorizations. The Plaintiff Fact Sheet and authorizations were served on February 4, 2014 at 12:39 by email service to the appropriate recipients. A true and correct copy of the email confirmation page is attached hereto.

Accordingly, Plaintiff Priscilla Baldwin respectfully requests that she be removed from the dismissal list and/or that said motion be denied with respect to her.

Respectfully submitted,

*/s/ Keith D. Griffin*
KEITH D. GRIFFIN
Counsel for Plaintiff Priscilla Baldwin

KDG:tf

cc: Counsel for Plaintiffs, Diogenes Kekatos
    Counsel for Bayer, James Shepherd

# Keith Griffin

| | |
|---|---|
| **From:** | Patricia Paz |
| **Sent:** | Tuesday, February 04, 2014 12:39 PM |
| **To:** | mirenapfs@shb.com; mirenamdlpfs@yourlawyer.com |
| **Cc:** | Keith Griffin; Desiree Fernandez; Emily Noonen; Arlan Salonga |
| **Subject:** | Mirena Products Liability Litigation - Plaintiff Fact Sheet and Authorizations |
| **Attachments:** | Baldwin, Priscilla - PFS and Authorizations.pdf |

In Re: Mirena Products Liability Litigation; This Document Pertains To Plaintiff Priscilla Baldwin.

Good afternoon,

Please find attached the completed Plaintiff Fact Sheet along with completed forms in PDF format for Plaintiff Priscilla Baldwin. If you should have any questions feel free to call or email.

Kind regards,

Patty Paz
Girardi | Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
213.977.0211 ext. 635

1