Case 7:13-md-02434-CS-LMS   Document 664   Filed 02/18/14   Page 1 of 1
Case 7:13-cv-06164-CS   Document 28   Filed 01/17/14   Page 17 of 17
Case 7:13-cv-06164-CS   Document 21-3   Filed 01/09/14   Page 1 of 1

**MEMO ENDORSED**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> MIRENA IUD PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> MELISSA FADEL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BAYER HEALTHCARE PHARMACEUTICALS INC., et al., <br><br> Defendants. | MDL Docket No. 2434 <br> 7:13-md-02434-CS-LMS <br><br> Hon. Cathy Seibel <br><br><br> CASE NO. 7:13-cv-6164-CS |

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF MELISSA FADEL

On considering the foregoing Motion to Withdraw as Counsel; *and Plaintiff not having responded to the order to show cause.*

**IT IS HEREBY ORDERED** that the Motion to withdraw as Counsel is GRANTED, and the law firm of Robinson Calcagnie Robinson Shapiro Davis, Inc. may be relieved as counsel for the Plaintiff in the above entitled action.

**IT IS SO ORDERED** this 18th day of February, 2014.

*Cathy Seibel*
HON. CATHY SEIBEL
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2014

*Plaintiff will be pro se until such time as new counsel comes in.*