UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:                                                       **ORDER NO. 15**
                                                             **(Scheduling Order)**
MIRENA IUD PRODUCTS LIABILITY LITIGATION

                                                             13-MD-2434 (CS)
*This Document Relates To All Actions*           13-MC-2434 (CS)
------------------------------------------------------------------------x

Seibel, J.

      Case Management Order No. 9, dated August 16, 2013, is amended so that all dates in paragraphs referring to the Initial Disposition Pool (¶¶ 6, 8, 11, 13, 15, 16, 17) are hereby extended 60 days.

**SO ORDERED.**

Dated: February 26, 2014
       White Plains, New York

                                                         CATHY SEIBEL, U.S.D.J