UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:                                                          **ORDER NO. 16**
                                                                **(Scheduling Order)**

MIRENA IUD PRODUCTS LIABILITY LITIGATION

                                                                 13-MD-2434 (CS)
*This Document Relates To All Actions*           13-MC-2434 (CS)

------------------------------------------------------------------------x

Seibel, J.

     In addition to previously scheduled conferences, status conferences will be held on the following dates: (1) August 5, 2014; (2) September 23, 2014; (3) October 21, 2014; (4) November 18, 2014; (5) December 16, 2014; (6) January 20, 2015; and (7) February 24, 2015.

All conferences, including those previously scheduled, will be held at 10:00 AM.

**SO ORDERED.**

Dated:  February 26, 2014
          White Plains, New York

                                                   _____
                                                      CATHY SEIBEL, U.S.D.J