UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | **ORDER** |
| MIRENA IUD PRODUCTS LIABILITY LITIGATION | 13-MD-2434 (CS) |
| | 13-CV-3562 (CS) |
| *This Document Relates To* | 13-CV-4319 (CS) |
| Jennings v. Bayer, 13-CV-3562 | 13-CV-3564 (CS) |
| Lichtenwaldt v. Bayer, 13-CV-4319 | 13-CV-4324 (CS) |
| Scott v. Bayer, 13-CV-3564 | 13-CV-6164 (CS) |
| Letters v. Bayer, 13-CV-4324 | 13-CV-4330 (CS) |
| Fadel v. Bayer, 13-CV-6164 | 13-CV-5333 (CS) |
| Iniguez et al. v. Bayer, 13-CV-4330 | 13-CV-6152 (CS) |
| Mcguin et al. v. Bayer, 13-CV-5333 | |
| Adams et al. v. Bayer, 13-CV-6152 | |

------------------------------------------------------------------------x

Seibel, J.

Pursuant to Case Management Order No. 7 ("C.M.O. 7"), I will grant Defendant's Motion to Dismiss without Prejudice, (Doc. 616), as to the plaintiffs in the table below. As outlined in C.M.O. 7, the plaintiffs in the table below have 90 days following the entry of this Order to serve Defendant with a completed Plaintiff Fact Sheet or move to vacate the dismissal without prejudice. If plaintiffs have not taken either of the above steps within 90 days, this Order may be converted into a Dismissal with Prejudice upon Defendant's motion. The clerk is instructed to spread this Order to the cases in the caption and the table below:

| **Plaintiff** | **Member Case Number (S.D.N.Y.)** |
|---|---|
| Tenisha Jennings | 13-CV-3562 |
| Ruthanne Lichtenwaldt | 13-CV-4319 |
| Brandy Scott | 13-CV-3564 |
| Shannon Letters | 13-CV-4324 |
| Melissa Fadel | 13-CV-6164 |

1

| | |
|---|---|
| Ashley Clement | 13-CV-4330 |
| Abigail Heverly | 13-CV-4330 |
| Jacqueline Knous | 13-CV-4330 |
| Corinne Odell | 13-CV-4330 |
| Tabitha Balderrama | 13-CV-5333 |
| Jami Bolton | 13-CV-5333 |
| Jessica Penot | 13-CV-6152 |
| Amy Adams | 13-CV-6152 |

**SO ORDERED.**

Dated:   February 26, 2014
        White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.