

Richard J. Arsenault*
C. Michael Bollinger**
David O. Walker***
William S. Neblett****
Michael S. Koch
Wesley J. Gralapp
Edward E. Roberts, III
Jennifer M. Hoekstra
Srivatsa V. Gupta
LaToya J. Burrell
Carl D. Campbell, III†
Patrick C. Galligan††
Barbara Juneau Mixon
Airzola W. Cleaves
Matthew J. Crotty
Amani P. Augustine†††
Dawn M. Chmielewski††††

Robert B. Neblett (1991)
Richard W. Beard (1988)

* Law Corporation Also
  Admitted in Colorado, Texas
  And Washington, D.C.
** Law Corporation
*** Law Corporation Also
    Admitted in Texas
**** Also Admitted in Texas
† Also Admitted in Mississippi
†† Admitted in California
††† Also Admitted in Illinois
†††† Admitted in Ohio

March 5, 2014

**Via ECF with Copy to Chambers by email:**
chambersnysdseibel@nysd.uscourts.gov

Honorable Cathy Seibel
United States District Judge
Hon. Charles L. Brieant Jr. Federal
Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

In re: **Mirena IUD Products Liability Litigation**
**No. 13-MD-2434 (CS)**

*This Document Relates to All Actions*

Dear Judge Seibel:

It has been an honor and privilege serving as a member of the Mirena IUD Products Liability Litigation Plaintiffs' Steering Committee.

As the Co-Lead Counsel and the PSC are aware, I recently left the firm of Climaco, Wilcox, Peca, Tarantino & Garofoli Co. LPA and joined Neblett, Beard & Arsenault. Neblett, Beard & Arsenault already has a firm member on the PSC, Richard J. Arsenault. Accordingly, in keeping with the commonly accepted practice in MDL litigation that there should only be one member of a PSC from any given law firm, I am tendering my resignation as a PSC member. I intend to remain very involved in the Mirena litigation via my work at NBA.

Thank you for the opportunity to have served as a member of the PSC.

Respectfully,

*Dawn M. Chmielewski*

Dawn M. Chmielewski

cc:   Matthew J. McCauley
      James R. Ronca
      Fred Thompson
      Diogenes P. Kekatos

2220 Bonaventure Court
Post Office Box 1190
Alexandria, Louisiana 71309
P: 318.487.9874
F: 318.561.2591
www.nbalawfirm.com

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS