UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

IN RE:                                                          **ORDER**

MIRENA IUD PRODUCTS LIABILITY LITIGATION      13-MD-2434 (CS)
                                                                                    13-CV-7811 (CS)
*This Document Relates To*                                              13-CV-6818 (CS)
Truitt v. Bayer, 13-CV-7811
Borders v. Bayer, 13-CV-6818

------------------------------------------------------------------------x

Seibel, J.

      Following Plaintiff's voluntary dismissal in *Borders v. Bayer*, 13-CV-6818, Defendant is granted leave to file a Motion to Dismiss in *Truitt v. Bayer*, 13-CV-7811, on statute of limitations grounds. If Ms. Truitt wishes to file an amended complaint, she must do so by **March 24, 2014**. Defendant's Motion to Dismiss is due **April 7, 2014**; Plaintiff's Opposition is due **May 5, 2014**; and Defendant's Reply is due **May 19, 2014**.

      I am granting Ms. Truitt time to amend her Complaint so that she can, if she chooses, add facts relevant to the statute of limitations. This will be her only opportunity to amend on this issue. Ms. Truitt's counsel should read the transcripts from the past two status conferences, January 22, 2014 and February 26, 2014, and Docs. 552, 572, 573 and 733 on the 13-MD-2434 docket, for further background on this issue.

**SO ORDERED.**

Dated:   March 7, 2014
          White Plains, New York

                                                                             */s/ Cathy Seibel*
                                                                          CATHY SEIBEL, U.S.D.J.

1