# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
Hon. Lisa Margaret Smith
United States Magistrate Judge

March 4, 2014

## SCHEDULING NOTICE

IN RE: MIRENA IUD PRODUCTS LIABILITY LITIGATION,
13 MD 2434, 13 MC 2434 (CS)(LMS)

The matter of IN RE: MIRENA IUD PRODUCTS LIABILITY LITIGATION has been scheduled for an in-person discovery conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Tuesday, March 18, 2014, at 2:00 P.M.** in Courtroom 520.

*Please note: counsel seeking to reschedule an appearance must have all parties on the line prior to contacting chambers.*

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/14