IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: MIRENA IUD PRODUCTS LIABILITY LITIGATION | 7:13-md-2434-CS |
| This Document Relates to: | |
| MELISSA ANDERSON, Plaintiff, -against- BAYER HEALTHCARE PHARMACEUTICALS, INC., Defendant. | Case No. 7:13-cv-8617-CS |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/14

## ORDER GRANTING PLAINTIFF'S MOTION TO VACATE THE ORDER DISMISSING CASE AND TO REINSTATE CIVIL ACTION

Pursuant to Case Management Order 7 and 7A, and upon the Motion of Plaintiff, Melissa Anderson, to Vacate Dismissal Without Prejudice and Reinstate Civil Action as filed on September 30, 2014, and for good cause shown,

IT IS HEREBY ORDERED that the Court's Order of Dismissal Without Prejudice dated July 15, 2014 in the above-captioned case in the United States District Court for the Southern District of New York is hereby vacated as it pertains to Plaintiff Melissa Anderson.

The Clerk of Court is instructed to reinstate the above captioned case filed by Plaintiff, Melissa Anderson, and terminate the pending motion, (Doc. 45).

Date: 10/15/14

*Cathy Seibel*

United States District/~~Magistrate~~ Judge