UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE:

MIRENA IUD PRODUCTS LIABILITY LITIGATION            **ORDER**

*This Document Relates To*                                              13-MD-2434 (CS)
Brown v. Bayer, 14-CV-6190                                              14-CV-6190 (CS)
------------------------------------------------------------------------x

Seibel, J.

     Pursuant to Case Management Order No. 22A ("CMO 22A"), and for the reasons stated on the record in court today, Defendants' Motion to Dismiss with Prejudice, (Doc. 1836), is GRANTED as to the above-captioned Plaintiff.  The Clerk of Court is respectfully requested to spread this Order to and close the case in the caption.  The Clerk of Court is further requested to terminate the pending motion at 13-MD-2434, Doc. 1836.

**SO ORDERED.**

Dated: February 25, 2015
       White Plains, New York

                                                      *Cathy Seibel*
                                               CATHY SEIBEL, U.S.D.J