UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | | |
|---|---|---|
| IN RE: MIRENA® IUD PRODUCTS LIABILTIY LITIGATION | ) ) ) ) | Case No.: 7:14-CV-3172-CS-LMS<br><br>Honorable Cathy Seibel |

This Document Relates to the Case Identified Below:

| | | |
|---|---|---|
| JESSICCA TANNER, | : | |
| Plaintiff, | : | Case No.: 7:14-CV-3172-CS |
| v. | : | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC., et al. | : | |
| Defendants. | : | MDL No. 2434 |

**PLAINTIFF'S NOTICE OF COMPLIANCE AND MOTION TO VACATE COURT MDL ORDER NUMBER 1766 DISMISSING PLAINTIFF'S CLAIMS FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET CONTAINING ALL CORE CRITERIA**

On November 5, 2014, this Court granted Defendants' motion to dismiss without prejudice the claim of Jessicca Tanner for failure to submit a Plaintiff Fact Sheet containing all core criteria.

The Plaintiff, Jessicca Tanner, in the above-captioned matter gives notice that she has complied with the Defendants' discovery requests. On February 26, 2015, Plaintiff, Jessicca Tanner served electronically via e-mail to Defendants' Counsel at mirenapfs@shb.com and to Plaintiff's Steering Committee at mirenamdlpfs@yourlawyer.com, a Plaintiff Fact Sheet containing all core criteria in compliance with Case Management Order No. 7A.

Plaintiff respectfully requests this Court vacate its order and reinstate Plaintiff's claims.

Dated: February 27, 2015                    Respectfully submitted,

*/s/ A. Malik*

Dr. Shezad Malik Law Firm PC
4925 Greenville Ave. Suite 320
Dallas, Texas 75206
Office / Fax 888-210-9693
drmalik@shezadmalik.com


Attorney for Plaintiff
Jessicca Tanner

## CERTIFICATE OF SERVICE

    I hereby certify that on February 27, 2015 the foregoing document was filed with the Clerk via CM/ECF.  Notice of this filing will be sent by operation of the Court's electronic filings system to all parties indicated on the electronic filings receipt. Parties may access this filing through the Court's system.

*/s/ A. Malik*

_____

Shezad Malik M.D. J.D.